ASPETUCK VALLEY COUNTRY CLUB, INC.
*v.* ROGER CARLSON
(11663)

DALY, O'CONNELL and LAVERY, Js.

Argued May 7—decision released June 8, 1993

*Michael J. McCabe,* with whom, on the brief, was *Christopher J. Lutzo,* law student intern, for the appellant (plaintiff).

*Steven P. Ciardiello,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.